

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00856-CV

**IN THE INTEREST OF A.R.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02727
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED April 23, 2014.

_____
Rebecca C. Martinez, Justice